UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ADLIFE MARKETING &
COMMUNICATIONS CO. INC.,

          Plaintiff,

Case No. 1:19-cv-933

v.

THE GOODIES FACTORY, INC.
d/b/a www.thegoodiesfactory.com; and
DOES 1 through 10 inclusive,

          Defendants.

---

| HIGBEE & ASSOCIATES | WARNER NORCROSS + JUDD LLP |
|---|---|
| Attorney for Plaintiff | Attorney for Defendants |
| By: Matthew K. Higbee (P73980) | By: Brian D. Wassom (P60381) |
| 1504 Brookhollow Drive, Suite 112 | 45000 River Ridge Drive, Suite 300 |
| Santa Ana, California 92705 | Clinton Township, Michigan 48038 |
| (714) 617-8350 | (248) 784-5039 |
| mhigbee@higbeeassociates.com | bwassom@wnj.com |

---

**NOTICE OF WITHDRAWAL OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS [ECF No. 10]**

---

In conformity with the parties' stipulation to dismiss the matter with prejudice and for each party to bear its own costs and fees, DEFENDANT, The Goodies Factory, Inc. d/b/a www.thegoodiesfactory.com; hereby gives notice that it withdraws its Motion for Award of Attorneys' Fees and Costs.

1

Respectfully submitted,

Dated: February 24, 2020	WARNER NORCROSS + JUDD LLP

By: */s/ Brian D. Wassom*
	Brian D. Wassom (P60381)
	*Attorney for Defendants*
	45000 River Ridge Drive, Suite 300
	Clinton Township, Michigan 48038
	(248) 784-5199
	bwassom@wnj.com

## **CERTIFICATE OF SERVICE**

I hereby state that on February 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. All parties and counsel of record will receive notice of this filing through the Court's electronic filing system and may access the filing through the Court's system.

By: */s/ Brian D. Wassom*
	Brian D. Wassom

19689372