UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADLIFE MARKETING &
COMMUNICATIONS CO. INC.,

    Plaintiff,                                  Case No. 1:19-cv-933

v.                                           HONORABLE PAUL L. MALONEY

THE GOODIES FACTORY, INC., et al.,

    Defendants.
_____/

## ORDER DISMISSING MOTIONS

Pending before the Court is Plaintiff's motion for award of attorney fees and costs (ECF No. 10) and Plaintiff's motion for leave to file a reply brief in support of the motion for fees and costs (ECF No. 13). On February 24, 2020, Plaintiff filed a notice of withdrawal of the motion for award of attorney fees and costs (ECF No. 15). Therefore,

**IT IS HEREBY ORDERED** that the motion for attorney fees (ECF No. 10) is DISMISSED AS WITHDRAWN and the motion for leave to file a reply brief (ECF No. 13) is DISMISSED AS MOOT.

Dated: February 25, 2020                              /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                     United States District Judge